IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02701–KMT

ALFREDO "OSCAR" JARA, and
HUGO ESPARZA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GEORGE MEDINA, SR., d/b/a CAFÉ CHIHUAHUA,

    Defendant.

## ORDER

    This matter is before the court regarding the status conference set for May 5, 2005 at 10:00 a.m.  For the following reasons, the status conference is vacated.

    On January 12, 2015, the court met with the parties and scheduled proceedings associated with this collective action.  [Doc. Nos. 26, 27, 28.]  Class-related proceedings have commenced with a deadline for joining into the collective of April 17, 2015.  No party has alerted the court to any difficulties with the process undertaken.  The court has received notice that one person, in addition to the named plaintiffs, has joined the collective action.  [Doc. No. 30.]

    The discovery cut off date is June 17, 2015 and the dispositive motion deadline is July 17, 2015.  No party has requested an extension of any of these dates.

    The court's trial setting practice is to wait until after the dispositive motions deadline to set trials.  If dispositive motions are filed, a Final Pretrial Conference/Trial Preparation

Conference will be set after the court has resolved all dispositive motions.  If no dispositive motions are filed, shortly after the dispositive motion deadline counsel for all parties will be contacted and a date set for the Final Pretrial Conference/Trial Preparation Conference.  Trials will be set during the Final Pretrial Conference/Trial Preparation Conference.

Given that there are no motions pending and discovery appears to be proceeding smoothly, the court finds no reason to conduct a status conference at this time.

It is therefore **ORDERED**

The status conference set for May 5, 2005 at 10:00 a.m. is **VACATED**.

Dated this 29th day of April, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge